AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

United States of America
v.
Chukwuemeka Ezra OTEH,

*Defendant(s)*

Case No. 4:26-MJ-3272-NCC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 18, 2026 in the county of St. Louis in the Eastern District of Missouri, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841 | CT. 1- Possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

❒ Continued on the attached sheet.

DAVID WILMSMEYER Digitally signed by DAVID WILMSMEYER Date: 2026.11.20 10:36:45 -06'00'

*Complainant's signature*

David L.Wilmsmeyer, Special Agent, DEA

*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 11/20/2026

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Noelle C. Collins , U.S. Magistrate Judge

*Printed name and title*